# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**JOSE RODRIGUEZ-NOVOA,**

    **Plaintiff,**

    v.                                           No. 1:25-cv-01073-SMD-GBW

**TODD LYONS,** *et al.***,**

    **Defendants.**

## ORDER

THIS MATTER is before the Court on Petitioner Jose Rodriguez-Novoa's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 11). The Court sets the motion for remote hearing on Thursday, December 11, 2025.

To preserve the status quo in the interim, the Government is ENJOINED from transferring Mr. Rodriguez-Novoa from the District of New Mexico while these proceedings remain pending.

IT IS SO ORDERED.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE